# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA MACHINERY COMPANY, | |
| Plaintiff, | |
| v. | 8:12cv394 |
| CARGOTEC SOLUTIONS, LLC f/k/a KALMAR INDUSTRIES USA, LLC, | ORDER |
| Defendant. | |

This matter came before the Court on Plaintiff, Nebraska Machinery Company, and Defendant, Cargotec Solutions, LLC's Stipulation for Dismissal with Prejudice with each party to bear its own costs and attorneys' fees.

IT IS THEREFORE ORDERED, that Plaintiff's Complaint is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 26th day of November, 2014.

BY THE COURT:

s/Joseph F. Bataillon
Senior United States District Judge

Prepared and Submitted By:

Michael C. Cox (NE 17588)
David A. Yudelson (NE 23257)
KOLEY JESSEN P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE  68124
(402) 390-9500
(402) 390-9005 (Fax)
mike.cox@koleyjessen.com
david.yudelson@koleyjessen.com